**Dismissed and Memorandum Opinion filed December 31, 2019**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00775-CV

## IN THE MATTER OF THE MARRIAGE OF CLARENCE DAVID SINGLETARY AND CASSANDRA MARIE JOHNSON

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-66873**

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed June 25, 2016. Appellant filed a motion for new trial on July 22, 2019. Appellant's notice of appeal was filed September 30, 2019.

The notice of appeal must be filed within 30 days after the judgment is signed when appellant has not filed a timely post-judgment motion. *See* Tex. R. App. P. 26.1. Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate

Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On November 25, 2019, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal.

The appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.